# Court of Appeals
# of the State of Georgia

ATLANTA, June 04, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0054. HUCKABAY v. HUCKABAY.**

Upon consideration of Appellant Brian Huckabay's "Emergency Motion for Extension of Time for Filing Application for Discretionary Appeal," it is ordered that the same is hereby GRANTED. Appellant shall have until July 24, 2019 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/04/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*